IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELDON SIDES                                                                                        PLAINTIFF

V.                                                                            CAUSE NO.: 1:13CV011-SA-DAS

CARFAX                                                                                          DEFENDANT

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day, Defendant's Motion to Dismiss [18] is GRANTED, and Plaintiff's Motion for Refusal or Continuance under Rule 56(f) is DENIED. All other motions are terminated as moot.

SO ORDERED, this the 16th day of December, 2013.

　　　　　　　　　　　　　　　　　　　　 /s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**